In the Matter of the Application of CHEMUNG CANAL TRUST COMPANY, Respondent, as Successor Trustee to ISAAC BALDWIN for MARJORIE ELIZABETH BALDWIN under the Last Will and Testament of J. SCOTT BALDWIN, Deceased, for an Order to Mortgage the Real Property of Said Decedent.— Motion to amend decision (handed down January 19, 1934) by adding the word " annual "

immediately before the words " net income " therein, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.